1   ANTHONY L. HALL, ESQ., NV Bar #5977
    ahall@hollandhart.com
2   HOLLAND & HART LLP
    5441 Kietzke Lane, Second Floor
3   Reno, Nevada 89511
    Telephone:  775-327-3000
4   Fax No.:    775-786-6179

5   Attorney for Defendant
    OMNI LIMOUSINE

6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  CHRISTY MCSWIGGIN, and KEVIN            Case No.  2:14-cv-02172JCM-NJK
    MCSWIGGIN on behalf of themselves
12  and all others similarly situated,

13                    Plaintiffs,           **SUBSTITUTION OF COUNSEL**

14  vs.

15  OMNI LIMOUSINE; and DOES 1
    through 50, inclusive,

16

17                    Defendant(s).

18

19

20       I, Ed Slinin, President for Omni Limousine, hereby substitute Anthony L. Hall, Esq. of the law

21  firm of Holland & Hart LLP as attorney for Defendant Omni Limousine in this action in place and

22  stead of the law firm of James S. Kent, Ltd.

23       DATED this 8th day of May, 2015.

24                                          ED SLININ
                                            President
25                                          OMNI LIMOUSINE
                                            1401 Helm Street
26                                          Las Vegas, Nevada 89119

27

28       I, James S. Kent, Esq., hereby consent to the substitution of Anthony L. Hall, Esq. of the law

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
(775) 327-3000

1   firm of Holland & Hart LLP, as attorney for Defendant Omni Limousine, in this action in my place

2   and stead.

3        DATED this ___8___ day of May, 2015.

4

5                   _____

6                   JAMES S. KENT, ESQ.
                Nevada Bar No. 5034

7                   JAMES S. KENT, LTD.
                9480 S. Eastern Ave., Suite 224

8                   Las Vegas, Nevada  89123
                Telephone: (702) 385-1100

9

10       I, Anthony L. Hall, hereby agree to be substituted as attorney for Defendant Omni Limousine

11  in the place of and stead of James Kent, Esq. in this action.

12       DATED this ___6th___ day of May, 2015.

13

14                  _____
                ANTHONY L. HALL, ESQ.

15                  Nevada Bar No. 5977
                HOLLAND & HART LLP

16                  5441 Kietzke Lane, Second Floor
                Reno, Nevada 89511

17                  Telephone: (775) 327-3000
                Facsimile:  (775) 786-6179

18                  Attorney for Defendant Omni Limousine

19  **IT IS SO ORDERED:**

20

21       Dated:  May 12, 2015     ____

22

23       _____
     UNITED STATES DISTRICT/MAGISTRATE JUDGE

24

25

26  7769222_1

27

28

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
(775) 327-3000

## PROOF OF SERVICE VIA ELECTRONIC SERVICE

I, Marcia Filipas, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Holland & Hart LLP. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On May 11, 2015, I served the foregoing **SUBSTITUTION OF COUNSEL** by causing the above-named document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

| | |
|---|---|
| Mark R. Thierman, Esq.<br>Joshua Buck, Esq.<br>Leah L. Jones, Esq.<br>THIERMAN LAW FIRM, P.C.<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>mark@theirmanlaw.com<br>josh@theirmanlaw.com<br>leah@theirmanlaw.com | James S. Kent, Esq.<br>JAMES S. KENT, LTD.<br>706 South Eighth Street<br>Las Vegas, Nevada 89101<br>Jamie@jamiekent.org |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 11, 2015.

*Marcia Filipas*

MARCIA FILIPAS