Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar. No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY MCSWIGGIN and KEVIN MCSWIGGIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI LIMOUSINE; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:14-cv-02172-JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**(FIRST REQUEST)** |

Plaintiffs CHRISTY MCSWIGGIN and KEVIN MCSWIGGIN ("Plaintiffs"), and Defendant OMNI LIMOUSINE ("Defendant"), through their respective counsel, hereby submit this stipulation for extension of time for Plaintiffs' to file their Reply in Support of Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) in the above captioned matter. Plaintiffs request a one week extension of time to allow counsel the opportunity to meet and confer regarding a mutually acceptable notice, consent form and proposed order for stipulated submission to the Court.

1  The parties have agreed that Plaintiffs shall have up to and including May 11, 2015 to
2  file their reply to their motion. This is Plaintiffs' first request for an extension of time. Counsel
3  certifies that this stipulation is entered and made in good faith and is not for the purposes of
4  delay.
5  Dated: May 4, 2015.

THIERMAN LAW FIRM

  */s/ Joshua D. Buck*
Mark R. Thierman, Esq., Nev. Bar No. 8285
Joshua D. Buck, Esq., Nev. Bar No. 12187
Leah L. Jones, Nev. Bar. No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

JAMES S. KENT, LTD

  /s/*James S. Kent*
James S. Kent Esq., Nev. Bar No. 5034
9480 S. Eastern Ave., Suite 228
Las Vegas, Nevada 89123
*Attorneys for Omni Limousine*

**ORDER**

**IT IS SO ORDERED.**

Dated: May 21, 2015.

_____
UNITED STATES DISTRICT JUDGE