MARK R. THIERMAN, ESQ., NV Bar No. 8285
JOSHUA D. BUCK, ESQ., NV Bar No. 12187
LEAH L. JONES, ESQ., NV Bar No. 13161
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500
Fax: (775) 703-5027
mark@thiermanlaw.com
josh@thiermanlaw.com
leah@theirmanlaw.com

*Attorneys for Plaintiffs*

ANTHONY L. HALL, ESQ., NV Bar No. 5977
RICARDO N. CORDOVA, ESQ., NV Bar No. 11942
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV  89511
Telephone:  (775) 327-3030
Fax:  (775) 786-6179
ahall@hollandhart.com
rncordova@hollandhart.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTY MCSWIGGIN, and KEVIN MCSWIGGIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OMNI LIMOUSINE, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | **CASE NO.:  2:14-cv-2172-JCM-NJK**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE** |

Plaintiffs Christy McSwiggin and Kevin McSwiggin ("Plaintiffs") and Defendant Omni Limousine ("Defendant" or "Omni"), by and through their respective counsel of record, hereby submit the following Stipulation and [Proposed] Order to Extend Plaintiffs' Deadline to File an Opposition to Defendant's Motion to Strike the Opinions of the Plaintiffs' Expert Witness [ECF Doc. No. 42]. Plaintiffs seek a brief, one-week extension of this deadline. This request is made in

good faith to accommodate the schedule of counsel, is not made for the purpose of delay, and will not result in any undue delay or prejudice to either party. Accordingly, the parties have agreed and hereby stipulate that Plaintiffs' Opposition to Defendant's Motion to Strike the Opinions of the Plaintiffs' Expert Witness will be due on or before **May 23, 2016**.

Dated: May 13, 2016.

/s/Joshua R. Hendrickson
JOSHUA R. HENDRICKSON NV Bar No. 12225
*Of Counsel*
MARK R. THIERMAN, ESQ., NV Bar No. 8285
JOSHUA D. BUCK, ESQ., NV Bar No. 12187
LEAH L. JONES, ESQ., NV Bar No. 13161
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
Telephone: (775) 284-1500
Fax: (775) 703-5027
mark@thiermanlaw.com
josh@thiermanlaw.com

*Attorneys for Plaintiffs*

Dated: May 13, 2016.

/s/Ricardo N. Cordova
ANTHONY L. HALL, ESQ., NV Bar No. 5977
RICARDO N. CORDOVA, ESQ., NV Bar No. 11942
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Telephone: (775) 327-3030
Fax: (775) 786-6179
ahall@hollandhart.com
rncordova@hollandhart.com

*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED this 16th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE