ANTHONY L. HALL, ESQ., NV Bar No. 5977
RICARDO N. CORDOVA, ESQ., NV Bar No. 11942
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Telephone: (775) 327-3030
Fax: (775) 786-6179
ahall@hollandhart.com
rncordova@hollandhart.com

*Attorneys for Defendant*

MARK R. THIERMAN, ESQ., NV Bar No. 8285
JOSHUA D. BUCK, ESQ., NV Bar No. 12187
LEAH L. JONES, ESQ., NV Bar No. 13161
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Fax: (775) 703-5027
mark@thiermanlaw.com
josh@thiermanlaw.com
leah@theirmanlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY MCSWIGGIN, and KEVIN MCSWIGGIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OMNI LIMOUSINE, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.: 2:14-cv-2172-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' RESPECTIVE DEADLINES TO FILE REPLIES IN SUPPORT OF THE PENDING MOTIONS FOR CERTIFICATION AND DECERTIFICATION** |

Plaintiffs Christy McSwiggin and Kevin McSwiggin ("Plaintiffs") and Defendant Omni Limousine ("Defendant" or "Omni"), by and through their respective counsel of record, hereby submit the following Stipulation and [Proposed] Order to Extend the Parties' Respective Deadlines to File Replies in Support of the Pending Motions for Certification [Doc. #35] and Decertification [Doc. #36]. The parties seek a brief, one-week extension of these deadlines. This request is made in good faith to accommodate the schedule of counsel, is not made for the

purpose of delay, and will not result in any undue delay or prejudice to either party. Accordingly, the parties have agreed and hereby stipulate that their respective replies in support of the pending certification and decertification motions will be due on or before **May 16, 2016**.

Dated: May 9, 2016.

/s/ Rico Cordova, Esq.
ANTHONY L. HALL, ESQ., NV Bar No. 5977
RICARDO N. CORDOVA, ESQ., NV Bar No. 11942
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV  89511
Telephone:  (775) 327-3030
Fax:  (775) 786-6179
ahall@hollandhart.com
rncordova@hollandhart.com

*Attorneys for Defendant*

Dated: May 9, 2016.

/s/ Josh Hendrickson, Esq.
JOSHUA R. HENDRICKSON NV Bar No. 12225
*Of Counsel*
MARK R. THIERMAN, ESQ., NV Bar No. 8285
JOSHUA D. BUCK, ESQ., NV Bar No. 12187
LEAH L. JONES, ESQ., NV Bar No. 13161
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500
Fax: (775) 703-5027
mark@thiermanlaw.com
josh@thiermanlaw.com

*Attorneys for Plaintiffs*

8766474_1

## ORDER

IT IS SO ORDERED May 16, 2016.

_____
UNITED STATES DISTRICT JUDGE