# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY MCSWIGGIN, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> OMNI LIMOUSINE, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-02172-JCM-NJK <br><br> ORDER <br><br> (Docket Nos. 40, 51, 52) |

Presently before the Court are Defendant's motion to exceed page limit on opposition to Plaintiffs' motion for class certification, Defendant's motion to exceed page limit on reply in support of motion for decertification, and Plaintiffs' motion for leave to file excess pages on reply in support of motion for class certification. Docket Nos. 40, 51, 52. The Court finds these matters properly resolved without oral argument. *See* LR 78-1.

The parties represent that the issues in the underlying motions present numerous legal and factual complexities. *See, e.g.*, Docket No. 51 at 1. These motions, moreover, may have a critical impact on Plaintiffs' collective action claims. *See, e.g.*, Docket No. 52 at 2. Accordingly, for good cause shown, it is hereby ordered that:

1. Defendant's motion to exceed page limit on opposition to Plaintiffs' motion for class certification, Docket No. 40, is **GRANTED**.

2. Defendant's motion to exceed page limit on reply in support of motion for decertification, Docket No. 51, is **GRANTED**.

3. Plaintiffs' motion for leave to file excess pages on reply in support of motion for class certification, Docket No. 52, is **GRANTED**.

DATED: June 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge