**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTY MCSWIGGIN, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> OMNI LIMOUSINE, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-02172-JCM-NJK <br><br> ORDER <br><br> (Docket No. 64) |

Pending before the Court is Defendant's refiled motion to strike the opinions of Plaintiffs' expert witness, James R. Toney, and request for a *Daubert* hearing. Docket No. 64. Defendant originally filed this motion on April 29, 2016. Docket No. 42. On July 25, 2016, the Court denied Defendant's motion to strike as premature. Docket No. 62. The Court indicated that Defendant would be permitted to refile the motion to strike upon disposition of the motions at Docket Nos. 27, 35, and 36. Docket No. 62 at 2. To date, the Court has ruled upon the motion at Docket No. 27, but not the motions at Docket Nos. 35 and 36.

Accordingly, Defendant's refiled motion to strike, Docket No. 64, is **DENIED** without prejudice. Upon disposition of the motions at Docket Nos. 35 and 36, Defendant may refile its motion if it so chooses. Any refiled motion shall contain relevant updates to the cited facts and/or procedural history of the case, as well as all relevant authority.

IT IS SO ORDERED.

DATED: September 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge