Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY MCSWIGGIN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:14-cv-02172-JCM-NJK |
| RONALD KEEN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:16-cv-01903-JCM-GWF |

**<u>ORDER GRANTING JOINT MOTION FOR AN ORDER APPROVING</u>**

**<u>SETTLEMENT OF PLAINTIFFS' FLSA CLAIMS</u>**

The parties' Joint Motion for an Order Approving Settlement of Plaintiffs' FLSA Claims (hereinafter "Motion") came on regularly for hearing on _____, ___, 2017 in the United States District Court for the District of Nevada, the Honorable James C. Mahan presiding. All parties were represented by counsel.

Having considered the Motion, Memorandum of Points and Authorities, Declarations, the Stipulation and Settlement Agreement signed by all the Parties, the arguments of counsel, and the relevant statutory and case law, the Court **GRANTS** the parties' Motion and finds and orders as follows:

1. All Parties have signed the Stipulation and Settlement Agreement (with the sole exception of Opt-In Plaintiff Bruce Williams).

2. The Court has read the parties' Stipulation and Settlement Agreement in its entirety, and finds that the parties' Stipulation and Settlement Agreement is fair, reasonable, and adequate.

3. The Court hereby approves the Stipulation and Settlement Agreement as to all Parties, including Opt-In Plaintiff Bruce Williams. The content of the Stipulation and Settlement Agreement is expressly adopted and incorporated by reference in this Order. The parties are directed to implement and consummate the Stipulation and Settlement Agreement in accordance with its terms.

4. The Court will retain exclusive and continuing jurisdiction to enforce the Stipulation and Settlement Agreement.

5. This case shall remain open until all the conditions set forth in the Stipulation and Settlement Agreement are satisfied, namely that a full payment of the Gross Settlement Amount has been tendered.

6. Upon satisfaction of all the conditions set forth in the Stipulation and Settlement Agreement, the parties shall submit a joint Proposed Final Judgment requesting that

these cases be closed and all the claims be dismissed with prejudice as to the Plaintiffs and Opt-In Plaintiffs.

**IT IS SO ORDERED.**

Dated: September 13, 2017

_____
HON. JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE