UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTY MCSWIGGIN and KEVIN MCSWIGGIN,<br><br>Plaintiff(s),<br><br>v.<br><br>OMNI LIMOUSINE,<br><br>Defendant(s). | Case No. 2:14-CV-2172 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *McSwiggin et al v. Omni Limousine*, case number 2:14-cv-02172-JCM-NJK.

On September 13, 2017, the court granted the parties' joint motion approving settlement of plaintiff's FLSA claims. (ECF No. 97). In its order, the court agreed to retain exclusive and continuing jurisdiction to enforce the stipulation and settlement agreement. *Id.* Specifically, the court ordered that the case shall remain open until full payment of the gross settlement amount has been tendered. Id.

Since that date, no party has filed any documents with this court indicating that the gross settlement amount (or any portion thereof) has been tendered. The court therefore orders the parties to file a joint status report.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within fourteen (14) days of the date of this order indicating the status of the current action. Failure to file a timely joint status report may result in dismissal of this case.

DATED October 16, 2018.

_____
UNITED STATES DISTRICT JUDGE