GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendant Omni Limousine

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY MCSWIGGIN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:14-cv-02172-JCM-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPONDE TO PLAINTIFFS' MOTOIN TO ENFORCE SETTLEMENT** <br><br> **[FIRST REQUEST]** |
| RONALD KEEN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:16-cv-01903-JCM-GWF |

Plaintiffs and Defendant, by and through their attorneys of record, hereby stipulate to an extension of the deadline for Defendant to file a response to Plaintiffs' Motion to Enforce Settlement (ECF No. 102) from December 26, 2018 to **Monday, January 7, 2019**. Defense counsel is attempting to resolve the issue with Defendant but, due to holiday travel, has not been able to connect with Defendant to discuss in sufficient detail prior to the deadline to respond to the Motion. This stipulation is not made for the purpose of delay but to allow counsel sufficient

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

1 | time to discuss a possible resolution with Defendant to make continued motion practice unnecessary.

**IT IS SO STIPULATED.**

DATED December 26, 2018.                    DATED December 26, 2018.

THIERMAN BUCK LLP                           GARG GOLDEN LAW FIRM


By: */s/ Joshua D. Buck*                    By: */s/ Anthony B. Golden*
    Mark R. Thierman, Esq.                      Anthony B. Golden, Esq.
    Joshua D. Buck, Esq.                        Margaret G. Foley, Esq.
    Leah L. Jones, Esq.                         3145 St. Rose Parkway, Suite 230
    Joshua R. Hendrickson, Esq.                 Henderson, NV 89052
    7287 Lakeside Drive                         Tel: (702) 850-0202
    Reno, NV 89511
    Tel. 775-284-1500

*Attorneys for Plaintiffs*                  *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2019

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202