GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendant Omni Limousine

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY MCSWIGGIN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:14-cv-02172-JCM-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPONDE TO PLAINTIFFS' MOTOIN TO ENFORCE SETTLEMENT** <br><br> **[SECOND REQUEST]** |
| RONALD KEEN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:16-cv-01903-JCM-GWF |

Plaintiffs and Defendant, by and through their attorneys of record, hereby stipulate to an extension of the deadline for Defendant to file a response to Plaintiffs' Motion to Enforce Settlement (ECF No. 102) from January 7, 2019 to **Monday, January 21, 2019**. Defendants have tendered two settlement checks and are expected to tender checks over the next week that will complete the settlement by March 2019. This stipulation is not made for the purpose of delay but to allow sufficient to finalize the settlement in this matter and make continued motion

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

practice unnecessary.

**IT IS SO STIPULATED.**

DATED January 8, 2019.                    DATED January 8, 2019.

THIERMAN BUCK LLP                         GARG GOLDEN LAW FIRM


By: */s/ Joshua D. Buck*                  By: */s/ Anthony B. Golden*
    Mark R. Thierman, Esq.                Anthony B. Golden, Esq.
    Joshua D. Buck, Esq.                  Margaret G. Foley, Esq.
    Leah L. Jones, Esq.                   3145 St. Rose Parkway, Suite 230
    Joshua R. Hendrickson, Esq.           Henderson, NV 89052
    7287 Lakeside Drive                   Tel: (702) 850-0202
    Reno, NV 89511
    Tel. 775-284-1500

*Attorneys for Plaintiffs*                *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 9, 2019