GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendant Omni Limousine

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY MCSWIGGIN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:14-cv-02172-JCM-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPONDE TO PLAINTIFFS' MOTOIN TO ENFORCE SETTLEMENT** <br><br> **[THIRD REQUEST]** |
| RONALD KEEN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI LIMOUSINE, <br><br> Defendant. | CASE NO.: 2:16-cv-01903-JCM-GWF |

Plaintiffs and Defendant, by and through their attorneys of record, hereby stipulate to an extension of the deadline for Defendant to file a response to Plaintiffs' Motion to Enforce Settlement (ECF No. 102) from January 21, 2019 to **Monday, April 15, 2019**. Defendants have tendered two settlement checks to Plaintiffs' counsel of the six remaining payments for the settlement. Defendant's counsel is now in possession of the remaining four remining checks for the settlement and will tender them at appropriate time intervals to ensure completion of the

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

settlement in this case in March 2019. Accordingly, the parties and their counsel stipulate to this extension to the extent there is a problem with any of the remaining payments necessitating Plaintiff's pending motion to proceed. Provided all remaining settlement payments are made by the end of March 2019, Plaintiff's counsel will withdraw the motion. This stipulation is not made for the purpose of delay but to allow sufficient to finalize the settlement in this matter and make continued motion practice unnecessary.

**IT IS SO STIPULATED.**

DATED January 22, 2019.                             DATED January 22, 2019.

THIERMAN BUCK LLP                                   GARG GOLDEN LAW FIRM


By: */s/ Joshua D. Buck*                            By: */s/ Anthony B. Golden*
    Mark R. Thierman, Esq.                             Anthony B. Golden, Esq.
    Joshua D. Buck, Esq.                                Margaret G. Foley, Esq.
    Leah L. Jones, Esq.                                 3145 St. Rose Parkway, Suite 230
    Joshua R. Hendrickson, Esq.                         Henderson, NV 89052
    7287 Lakeside Drive                                 Tel: (702) 850-0202
    Reno, NV 89511
    Tel. 775-284-1500

*Attorneys for Plaintiffs*                          *Attorneys for Defendant*


**ORDER**

IT IS SO ORDERED.


                                                                                                     
UNITED STATES DISTRICT JUDGE

DATED: January 25, 2019